JS-6

Jeffrey F. Gersh, State Bar No. 87124
jgersh@gershderbylaw.com
Michael B. Yee, State Bar No. 283713
myee@gershderbylaw.com
GERSH | DERBY, LLP, Attorneys at Law
15821 Ventura Boulevard, Suite 515
Encino, California 91436
Telephone: (818) 536-5700
Facsimile: (818) 981-4618

Attorneys for Plaintiff
BRYAN HERTA AUTOSPORT, LLC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRYAN HERTA AUTOSPORT, LLC, an Indiana limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>INTEGRITY ASSETS GROUP, INC, a California corporation; MELISA HALTOM, an individual; BRAD SNOSEVICK, an individual; and DOES 1-10, inclusive,<br><br>Defendants. | CASE NO.: CV 14-6008-GW(MANx)<br><br>**ORDER DISMISSING ACTION WITHOUT PREJUDICE PURSUANT TO JOINT STIPULATION OF THE PARTIES**<br><br>District Judge: George H. Wu<br>Magistrate Judge: Margaret A. Nagle |

**ORDER**

The Court, having read and considered the Joint Stipulation for Dismissal of Action Without Prejudice filed by plaintiff Bryan Herta Autosport, LLC and defendants Integrity Assets Group, Inc., Melisa Haltom, and Brad Snosevick, and good cause appearing therefor,

**IT IS HEREBY ORDERED THAT:**

a. the action be dismissed WITHOUT PREJUDICE; and

b. the dismissal is without award of costs and fees to any party.

DATED: November 20, 2014

_____
HONORABLE GEORGE H. WU
JUDGE OF THE UNITED STATES
DISTRICT COURT

GERSH | DERBY, LLP
ATTORNEYS AT LAW

1
JOINT STIPULATION FOR DISMISSAL OF ACTION WITHOUT PREJUDICE